■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL LARRIUZ, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Edelstein, J.), rendered July 12, 1983, convicting him of criminal sale of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Kunzeman, Eiber, Spatt and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANCELOT LAWRENCE, Appellant.—Appeal by the defendant from three judgments of the Supreme Court, Kings County (Hutcherson, J.), all rendered April 10, 1985, convicting him of robbery in the first degree under indictment No. 4368/83, robbery in the first degree under indictment No. 5023/83, and manslaughter in the first degree under indictment No. 7172/83, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Bracken, Lawrence, Kooper and Harwood, JJ., concur.